United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOT,<br><br>      Plaintiff,<br><br>    v.<br><br>DANIELLE ROSELIN,<br><br>      Defendant.<br>_____/ | No. C-14-4026 EMC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; AND ADOPTING REPORT AND RECOMMENDATION**<br><br>**(Docket Nos. 2, 6)** |

      Currently pending before the Court is Plaintiff Vance S. Elliot's application to proceed *in forma pauperis* and Judge Westmore's Report and Recommendation ("R&R"), which recommends that Mr. Elliot's claims be dismissed without leave to amend. Docket No. 6. On September 23, 2014, Mr. Elliot filed a declaration which this Court construes as an objection to the R&R. Docket No. 8.

      Having considered the papers submitted, the Report and Recommendation, and all other evidence of record, the Court hereby **GRANTS** the application to proceed *in forma pauperis*, but **DISMISSES** the Plaintiff's claims without leave to amend. This Court agrees with Judge Westmore that Mr. Elliot's complaint of slander against an employee of the Department of Veteran Affairs,

///
///
///
///
///

premised on that employee's description of Mr. Elliot as having a history of schizophrenia, is not legally cognizable because the United States has not waived its sovereign immunity with respect to claims for slander. See 28 U.S.C. 2680(h).

This order disposes of Docket Nos. 2 and 6.

IT IS SO ORDERED.

Dated: October 10, 2014

_____
EDWARD M. CHEN
United States District Judge